

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C**. and Mediation Centers of America, L.C.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

Appellants' brief was originally due to be filed by September 5, 2019. On September 9, 2019, appellants were notified that the brief was late. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk